IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LISA E. JOHNSON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05CV00480 |
| | ) | |
| NORTH CAROLINA DEPARTMENT OF | ) | |
| HEALTH AND HUMAN SERVICES | ) | |
| ("DHHS"); COUNTY OF FORSYTH; | ) | |
| FORSYTH COUNTY DEPARTMENT OF | ) | |
| SOCIAL SERVICES ("FCDSS"); LINDA | ) | |
| COLE, in her official and unofficial capacity; | ) | |
| TANYA McDOUGAL, in her official and | ) | |
| unofficial capacity, | ) | |
| Defendants. | ) | |
| | ) | |

JUDGMENT

For the reasons stated in a Memorandum Opinion filed contemporaneously, it is ORDERED that the Defendants' Motion to Dismiss Ms. Johnson's ADA claim for lack of subject matter jurisdiction [Doc. #23] is DENIED; Defendants' Motion to Dismiss Ms. Johnson's Title VII claims for failure to state a claim [Doc. #23] is GRANTED; Defendants' Motion to Dismiss Forsyth County as a party [Doc. #23] is DENIED AS MOOT; and Defendants' Motion for Summary Judgment as to Ms. Johnson's ADA claims [Doc. #26] is GRANTED and the ADA claims ARE DISMISSED. All state claims are DISMISSED because the Court declines to exercise supplemental jurisdiction.

This the day of September 29, 2006

/s/ N. Carlton Tilley, Jr.
United States District Judge